# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JACK M. LITOWSKY, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:13-cv-30127-MAP |
| | ) | |
| ASCO POWER TECHNOLOGIES, L.P., | ) | |
| ET AL., | ) | |
| Defendant(s) | ) | |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Asco Power Technologies, L.P., et al., against the plaintiff Jack M. Litowsky, pursuant to the court's endorsed order entered this date, granting the defendant's motion for judgment on the pleadings.

**ROBERT M. FARRELL**,
CLERK OF COURT

Dated: March 24, 2014     By /s/ *Maurice G. Lindsay*

Maurice G. Lindsay
Deputy Clerk

(Civil Judgment (Routine) 1-Ptf v Multi-Dfts-al el.wpd - 11/98)
[jgm.]